UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-CV-60432-SINGHAL

JASON NUWER, MARK MINKOWITZ,
AMARILLIS GINORIS, CHRISTINA VIGOA,
and KEVIN VAN ALLEN on behalf of themselves
and all others similarly situated,

     Plaintiffs,

v.

FCA US LLC f/k/a CHRYSLER GROUP LLC,
a Delaware limited liability company, and GRAMMER
AG, a German corporation,

     Defendants.

_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
AGAINST DEFENDANT GRAMMER AG**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice of their voluntary dismissal against Defendant Grammer AG without prejudice. Contemporaneous with the filing of this Notice, Plaintiffs are filing a First Amended Class Action Complaint naming Grammer Industries, Inc. as co-Defendant to FCA US LLC.

Dated: March 23, 2020.

| | |
|---|---|
| /s/*Benjamin Widlanski* <br> Benjamin Widlanski, Esq. <br> Florida Bar No. 1010644 <br> bwidlanski@kttlaw.com <br> Gail McQuilkin, Esq. <br> Florida Bar No. 969338 <br> gam@kttlaw.com <br> Rachel Sullivan, Esq. <br> Florida Bar No. 815640 <br> rs@kttlaw.com <br> Robert J. Neary, Esq. <br> Florida Bar No. 81712 <br> rn@kttlaw.com <br> **KOZYAK TROPIN &** <br> **THROCKMORTON LLP** | Peter Prieto, Esq. <br> Florida Bar No. 501492 <br> pprieto@podhurst.com <br> John Gravante, III, Esq. <br> Florida Bar No. 617113 <br> jgravante@podhurst.com <br> Matthew Weinshall, Esq. <br> Florida Bar No. 84783 <br> mweinshall@podhurst.com <br> Alissa Del Riego, Esq. <br> Florida Bar No. 99742 <br> adelriego@podhurst.com <br> **PODHURST ORSECK, P.A.** <br> SunTrust International Center <br> One S.E. 3rd Ave., Suite 2700 |

| | |
|---|---|
| 2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, FL 33134<br>Tel: (305) 372-1800<br>Fax: (305) 372-3508<br><br>*Counsel for Plaintiffs* | Miami, Florida 33131<br>Tel: 305-358-2800<br>Fax: 305-358-2382<br><br>*Counsel for Plaintiffs* |
| George Franjola, Esq.<br>Florida Bar No. 333271<br>gfranjola@ocalalaw.com<br>**GILLIGAN, GOODING, BATSEL & ANDERSON, P.A.**<br>1531 SE 36th Ave.<br>Ocala, FL 34471<br>Tel:  (352) 867-7707<br>Fax:  (352) 867-0237<br><br>*Counsel for Plaintiffs* | Michael Burger, Esq. (*pro hac vice* forthcoming)<br>mike@litgrp.com<br>**SANTIAGO BURGER LLP**<br>2280 East Avenue,<br>Rochester, NY  14610<br>Tel: (585) 563-2400<br>Fax: (585) 563-7526<br><br>*Counsel for Plaintiffs* |