**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JASON NUWER, MARK MINKOWITZ,
AMARILLIS GINORIS, CHRISTINA VIGOA,
and KEVIN VAN ALLEN on behalf of themselves
and all others similarly situated,

         No. 0:20-CV-60432-SINGHAL

     Plaintiffs,                  Honorable Raag Singhal

v.

FCA US LLC f/k/a CHRYSLER GROUP LLC,
a Delaware limited liability company, and GRAMMER
INDUSTRIES, INC. a South Carolina corporation,

     Defendants.
_____/

**DECLARATION OF PAUL T. STEWART IN SUPPORT OF DEFENDANTS FCA US
LLC AND GRAMMER INDUSTRIES, INC.'S MOTION TO DISMISS THE FIRST
AMENDED CLASS ACTION COMPLAINT**

     I, Paul T. Stewart, hereby declare as follows:

     1.     I am an attorney licensed in the State of Michigan and admitted, *pro hac vice*, to

practice in the United States District Court for the Southern District of Florida for the above-

captioned matter.

     2.     I am an attorney with the law firm of Dykema Gossett PLLC and counsel for

Defendant, FCA US LLC f/k/a CHRYSLER GROUP LLC, in the above-captioned matter.

     3.     I am over the age of eighteen and competent to make oaths.

     4.     The matters stated herein are based upon my personal knowledge. I make this

declaration in support of *Defendants FCA US LLC and Grammer Industries, Inc.'s Motion to

Dismiss the First Amended Class Action Complaint*.

5.      Attached as **Exhibit A** to this declaration is a true and correct copy of a Lexis public records search of Motor Vehicle Registrations and Titles for Dodge vehicles owned by persons named Amarillis Ginoris who reside in Miami, Florida.

6.      Attached as **Exhibit B** to this declaration is a true and correct copy of a Vehicle Information Check produced by the Florida Motor Vehicle Department for a 2013 Dodge Journey with a VIN number that, according to the aforementioned Lexis public records search, is the VIN number of a 2013 Dodge Journey registered to a person by the name of Amarillis Ginoris who resides in Miami, Florida.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of May 2020 in Ann Arbor, Michigan.

Paul T. Stewart

# Exhibit A



**Search:** Public Records : Motor Vehicle Registrations/Titles
**Terms:** first-name(Amarillis) last-name(ginoris) city(Miami) make(Dodge) model(Journey) state(FL)

| No. | Full Name/Address | VIN | Type | Date | Jurisdiction |
|---|---|---|---|---|---|
| 1. | GINORIS, AMARILLIS<br>3220 SW 82ND AVE<br>MIAMI, FL 33155-3402 | 3C4PDCBG8DT578709<br>2013 Dodge Journey | REGISTRATION<br>Data Source:<br>Governmental | 08/05/2019 | FLORIDA |
| 2. | GINORIS, AMARILLIS<br>3220 SW 82ND AVE<br>MIAMI, FL 33155-3402 | 3C4PDCBG8DT578709<br>2013 Dodge Journey | REGISTRATION<br>Data Source:<br>Governmental | 09/26/2017 | FLORIDA |
| 3. | GINORIS, AMARILLIS<br>3220 SW 82ND AVE<br>MIAMI, FL 33155-3402 | 3C4PDCBG8DT578709<br>2013 Dodge Journey | TITLE<br>Data Source: Non-<br>Governmental | | FLORIDA |
| 4. | GINORIS, AMARILLIS<br>3220 SW 82ND AVE<br>MIAMI, FL 33155-3402 | 3C4PDCBG8DT578709<br>2013 Dodge Journey | TITLE<br>Data Source:<br>Governmental | 02/08/2013 | FLORIDA |
| 5. | GINORIS, AMARILLIS<br>3220 SW 82ND AVE<br>MIAMI, FL 33155-3402 | 3C4PDCBG8DT578709<br>2013 Dodge Journey | REGISTRATION<br>Data Source:<br>Governmental | 02/08/2013 | FLORIDA |
| 6. | GINORIS, AMARILLIS<br>3220 SW 82ND AVE<br>MIAMI, FL 33155-3402 | 3C4PDCBG8DT578709<br>2013 Dodge Journey | REGISTRATION<br>Data Source:<br>Governmental | 01/19/2013 | FLORIDA |
| 7. | GINORIS, AMARILLIS<br>3220 SW 82ND AVE<br>MIAMI, FL 33155-3402 | 3C4PDCABXCT199795<br>2012 Dodge Journey | REGISTRATION<br>Data Source:<br>Governmental | 09/22/2012 | FLORIDA |
| 8. | GINORIS, AMARILLIS<br>3220 SW 82ND AVE<br>MIAMI, FL 33155-3402 | 3C4PDCABXCT199795<br>2012 Dodge Journey | TITLE<br>Data Source:<br>Governmental | 02/15/2012 | FLORIDA |

Search:        Public Records : Motor Vehicle Registrations/Titles
Terms:         first-name(Amarillis) last-name(ginoris) city(Miami) make(Dodge) model(Journey) state(FL)
Date/Time:     Thursday, May 14, 2020 7:51 AM
Permissible Use:   **Your DPPA Permissible Use: Litigation**
                   **Your GLBA Permissible Use: I have no permissible use**

Copyright © 2020 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

End of Document

# Exhibit B

## Vehicle Information Check

| Vehicle Information: | | | |
|---|---|---|---|
| **Vehicle Identification Number:** | 3C4PDCBG8DT578709 | **Year/Make:** | 2013 DODGE BY FCA US LLC (FKA CHRYSLER GROUP LLC) |
| **Previous Title State:** | | **Registration Expiration Date:** | 9/25/2020 |
| **Title:** | 110964272 | **Title Issue Date:** | 2/8/2013 |
| **Title Status:** | ACTIVE | **Title Print Date:** | 2/13/2013 |
| **Odometer Reading/Status:** | 17 ACTUAL MILEAGE | **Odometer Date:** | 1/19/2013 |
| **Color:** | BLACK | **Vehicle Type:** | AUTO |
| **Net Weight:** | 4,021 | **Owner Information:** | 2 owners joined by 'AND' |
| Paper Title with Lien | | **Salvage:** | |
| **Brands:** | | | |

| Lien Information | | | |
|---|---|---|---|
| **Name** | **Address** | **Date** | **Receipt Date** |
| SUNTRUST BANK | PO BOX 5053 NASHVILLE, TN 37230- 5053 | 1/19/2013 | 2/08/2013 |

**If any of the information on this record needs to be corrected**, please contact your tax collector and complete appropriate paperwork to update the record.

**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.