UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60432-CIV-SINGHAL

JASON NUWER, MARK MINKOWITZ,
AMARILLIS GINORIS, CHRISTINA VIGOA,
and KEVIN VAN ALLEN on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

FCA US LLC f/k/a CHRYSLER GROUP LLC,
a Delaware limited liability company,

    Defendant.
_____/

## ORDER SETTING TELEPHONIC HEARING

**THIS CAUSE** is before the Court Defendant's Motion to Dismiss Amended Complaint (DE [10]). The Court having considered the Motion, it is hereby

**ORDERED** that a telephonic hearing on Defendant's Motion to Dismiss (DE [10]) is scheduled for **Thursday, March 4, 2021, at 2:00 p.m. The hearing may be accessed by calling 877.402.9753, access code 4709496.** One hour has been reserved for this hearing.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of February 2021.

                                                  RAAG SINGHAL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished counsel