# REBUTTAL TO OPINIONS OF NATHAN SODERBORG

Prepared by

Allise Wachs, Ph.D.
Consultant in Statistical & Reliability Analysis

August 11, 2022

## FOREWORD

This report sets forth my opinions in rebuttal to those presented by Nathan Soderborg in his Expert Report dated June 4, 2022. My opinions expressed in this report are held to a reasonable professional certainty based on the specific facts and circumstances of this action.

These opinions are based on information known to me at this time. The types of information, data, and knowledge I relied on are reasonably relied on by experts in my field in forming such opinions, and my opinions result from reliable and accepted methodologies and principles. I may supplement or revise my opinions as discovery and expert opinions in the litigation continue and other or additional information becomes available to me in the future, including but not limited to expert reports, case documents, test results, additional complaint data, sales data, deposition transcripts, and related exhibits.

## QUALIFICATIONS

My name is Allise Wachs, and my firm Integral Concepts, Inc. and I have been retained by Kozyak Tropin & Throckmorton as an expert in statistical methods, reliability and warranty analysis, and quality control methods in manufacturing.

A CV is included—which lists my education, former positions, publications, and speaking engagements. My doctorate is in mathematical optimization (operations research), however, I completed all coursework for a Ph.D. in statistics as well. I have Master degrees in Statistics and Industrial Engineering and a dual degree Bachelor of Science in Mathematics and Statistics. All degrees are from the University of Michigan, and two years of graduate studies were at the University of Chicago.

I have been an adjunct professor in the College of Engineering at the University of Michigan, Ann Arbor (teaching statistical and quality methods for industrial applications). Furthermore, I and two associates at Integral Concepts developed and have taught a certification program in Reliability Engineering/Reliability Analysis for the University of Michigan, Ann Arbor.

As a statistician and president at Integral Concepts, Inc., I help manufacturers implement statistical process control methods to improve quality, reliability, and efficiency in manufacturing plants, and assist in designing products with superior quality and reliability. We also teach courses in Reliability/Warranty Methods,

Measurement System Assessment, Statistics/Data Analysis, Setting Specifications, Statistical Process Control, Designed Experimentation, Quality Control Methods, Process Capability, Problem Solving, Six Sigma, and Design for Six Sigma. Our clients are typically large corporations and include Johnson & Johnson (Ethicon divisions), Parker Hannifin, Stryker, Apple, BASF, Denso, Mahle, BorgWarner, etc.

Over the past 30 years, I have worked in hundreds of manufacturing facilities throughout the world implementing methods to control manufacturing operations, so that products have minimal variation and perform consistently for consumers. In addition, I work with engineering and R&D departments to ensure that product designs and production systems can achieve reliability, quality, and business requirements. We also work with manufacturers to ensure they comply with regulatory standards.

Corporations regularly retain our firm to forecast future warranty complaints and perform product reliability analyses to predict if, when, and how products will fail in various environments. Industries using our services most frequently include aerospace, automotive, medical device, consumer products, energy, electronics, and construction materials.

**COMPENSATION**

My hourly rate is $485/hr. The fees charged by Integral Concepts are not contingent and are not dependent on any outcome in this matter.

**REBUTTAL OPINIONS AND BASES**

I have formed the following opinions based on my education, experience, training, research, and review of documents and testimony of this case. These opinions are held to a reasonable degree of professional certainty.

**BACKGROUND INFORMATION ON RELIABILITY & WARRANTY ANALYSIS**

The field of reliability in engineering and manufacturing began in the late 1940s as a result of unreliable military hardware used during World War II. In the early 1950s, the Department of Defense formed a committee called the Advisory Group on Reliability of Electronic Equipment, and the first National Reliability Symposium was held in 1954.

Mathematical methods for reliability were developed even earlier—primarily from the insurance industry, whose main concern was the duration of the life span of human beings. The origin of survival analysis (now often called reliability analysis and warranty analysis) goes back to mortality tables from centuries ago, and numerous methods for predicting "time to failure" were developed by mathematicians and statisticians working in insurance and medical statistics/biostatistics.

## Mathematics of Reliability/Warranty Estimation

Intense global competition and increasing customer expectations have increased the pressure on manufacturers to produce reliable products. Manufacturers' survival is often dependent on their ability to produce reliable products.

The ability to assure high reliability and to predict future reliability requires mathematical methods for predicting and assessing various aspects of product reliability. Before delving into the mathematical background, it is important to understand the definition of reliability when used for estimation and forecasting purposes:

**Reliability** is the *probability* that a material or product will perform its *intended function* under defined *operating conditions* for a specified *period of time*.

Reliability is therefore a *probability* and a *function of time*. For example, the reliability of an engine piston ring depends on time (which can be measured as mileage, time-in-service, or any usage metric known to impact performance). Theoretically, the reliability of a new piston ring (with no time in service) is 1 (there should be a 100% chance that a new piston ring will function properly—unless there is a defect which causes it to fail immediately). However, a piston ring in service for 150,000 miles may have a reliability of 0.97 (i.e., there is a 97% chance that a piston ring used for 150,000 miles will have survived, so 3% are expected to fail by 150,000 miles).

The definition of reliability also includes the notion of intended function. Manufacturers must agree on what the "intended function" is. For example, a toaster's intended function is to heat up and "toast" foods—not to provide storage space for small items. Reliability should also account for operating conditions; vehicle manufacturers, for instance, must ensure reliability in the wide variety of climates or environments in which they are sold, such as dry, wet, hot, cold, salty, and sunny conditions.

Methods to measure Reliability include: Survival Analysis, Lifetime Analysis, Time-to-Failure Analysis, Weibull Analysis, and others. A particularly difficult aspect of assessing Reliability (at least in developing reliability/warranty methods) is how to handle products that do not fail for a particular failure mode. For example, suppose that 100 batteries are put onto a "high-drain" toy test for 6 hours, and at the end of 6 hours, 4 batteries have failed.  Furthermore, suppose that the failure times of the 4 batteries were 2 hours, 3 hours, 4 hours, and 5 hours.  Since 96 batteries did not fail by 6 hours, we have no associated failure times for them.

Traditional statistical methods require measurements, and in this instance, there are only 4 values, and their average is 3.5 hours (the average of 2, 3, 4, and 5 hours). However, it would be a gross underestimate to say that the average time until failure is only 3.5 hours, since 96% of the batteries survived beyond 6 hours.

The 96 batteries that did not fail are called "right censored" or "suspended" observations, because their failure times are beyond 6 hours (to the right of 6 hours on the real line). The mathematics underlying reliability/warranty/survival methods is more complex than most traditional statistical techniques, because reliability methods account for the units that do not fail (the censored data). Even though 96 failure times are missing (in the battery example), there is partial information about them, i.e., they survived at least 6 hours.

A mathematical method that can accommodate both failure data *and* partial information from units that have not failed to describe the times at which various proportions of product will fail is called maximum likelihood estimation (and the associated distribution fitting), and it is a well-established and commonly used method among statisticians, actuaries, and reliability engineers.

**Methodology for Reliability Analyses**

Performing a reliability or warranty analysis requires a series of steps.  A rigorous methodology should be followed, since such analyses often require extrapolation (forecasting) and a better understanding of potential deficiencies. The steps to take in this analysis are as follows:

1. The actual data must be summarized. For a warranty analysis, one would use warranty claims (for a specific failure mode) and sales volumes (for specific customers "at risk"). These might consist of (a) the number of customer claims by

CONFIDENTIAL

month of claim and month of associated sale and (b) the number of sales by month for each model/model year combination.

2. The analyst must identify the "best-fit" models to describe the data. Numerous models (distributions) are considered, and an algorithm (Maximum Likelihood Estimation) determines the "best-fitting" distribution (and reasonable distributions) for the data observed. There may be several distributions that appear to adequately describe the data, and the analyst should use every reasonable-looking distribution to make sure that the estimates are not dependent on just one distribution—when others also look plausible.

An example of a common model that describes the time-to-failure is a *Weibull Distribution* with specified parameters.[1] However, other models commonly used in reliability analysis may characterize a given dataset better (or similarly) such as Lognormal, Loglogistic, Gamma, etc. The criteria for determining "best-fit" models include *Maximum Likelihood (likelihood values)*, *Goodness-of-Fit statistics*, and *Probability Plot* fits.

As time increases, the *cumulative probability of failure* increases. Once the model is specified, the *cumulative probability of failure* as a function of time is determined. Thus, for any specified time-in-service, one can specify the probability that a unit will have a claim or complaint of failure by that time (or equivalently, the proportion of units that will have claims or complaints of failure by that time).

Sometimes, some product vintages or versions behave differently than others (non-homogenous failure rates) *even though they have the same defect*. It might be that the defect is less susceptible in some product versions than others. For example, if an automotive body panel lacks sufficient anti-corrosive treatment, some vehicle platforms will fail earlier than others due to differences like height from the ground, more direct exposure to salts/corrosives, geometry, etc. When this is the case, separate models or distributions can be used to account for the variance among various vintages or versions.

3. Failure probabilities (or percent failing) are estimated as a function of time. A model (distribution) or models that describe failure times is identified and estimates of failure probabilities can be made at all times of interest.

---

[1] Parameters are constants that are used to define a specific distribution. An analogy is the parameters for the model of a straight line ($y=mx+b$) are the slope (m) and the y-intercept (b). Once the parameters are specified, the model is fully defined.

4. The model(s) is used to predict the number of future complaints of failure. To predict the number of future complaints of failure from the population, one must have estimates for the probability of failure over time as well as the population at risk (risk set). The model provides the probability of failure over time and the risk set includes those vehicles that have not already failed.

5. If the data is suitable for validation, validation should be done to identify whether estimates are accurate. There are several common methods used for validation—and strategies may depend on available information and circumstances.

**OPINION 1: DR. SODERBORG IGNORED ALL THE HEADREST REPLACEMENT DATA, WHICH CLEARLY DEMONSTRATES THAT THE CLASS HEAD RESTRAINTS FAIL AT SIGNIFICANTLY HIGHER RATES THAN HEAD RESTRAINTS FOR NON-CLASS VEHICLES.**



While Dr. Soderborg attempted to compare class vehicles to other class vehicles, he never compared class vehicles to non-class vehicles, despite automakers regularly making such comparisons to identify whether a potential defect or problem exists.

CONFIDENTIAL

**Figure 1**



Dr. Soderborg argues throughout his report that a "spike" in failures in 2014 demonstrates that there was a manufacturing problem with FCA's active head restraints, as opposed to a design issue. However, the difference between class and non-class vehicles persisted long before this so-called "spike period."



CONFIDENTIAL

**Figure 2**



**OPINION 2:   DR. SODERBORG IGNORED ALL THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION (NHTSA) DATA WHICH CLEARLY SHOWS CLASS VEHICLE HEAD RESTRAINT COMPLAINTS ARE HUNDREDS OF TIMES HIGHER THAN MOST NON-CLASS VEHICLE HEADREST COMPLAINTS.**

NHTSA's Office of Defect Investigations (ODI) keeps records of customer complaints on potential safety issues.  On July 30, 2022, I downloaded the NHTSA ODI files for records that came in from 2010-2014, 2015-2019, and 2020-July 29, 2022.

I then restricted records to model year 2009-2022 vehicles manufactured by FCA that contained the following terms in the complaint description:

Head restraint
Head restraints
Head rest
Head rests
Headrest
Headrestraint

Figure 3 shows a summary of the results by model and model-year. The highlighted boxes are model/model years of the class vehicles. Everything else is not part of the class, and empty boxes indicate no complaints with the search terms.

One can see, for example, that the 2013 model-year Durango (a class vehicle) had 63 complaints, whereas there has never been any complaint for any model year of the RAM 3500, the Crossfire, or the Commander (all non-class vehicles) in the NHTSA files extracted.

It is interesting to compare the Jeep Cherokee to the Jeep Grand Cherokee. From 2014-2018, sales of the Cherokee and Grand Cherokee were similar. However, there were a total of 6 complaints with the keywords for the Cherokee and 579 for the Grand Cherokee for those model years. That makes the complaint rate for the class vehicle, the Grand Cherokee, nearly 100 times higher than for the non-class vehicle, the Cherokee.

The Dodge RAM outsells the Jeep Grand Cherokee by a multiple of 2 or more, yet for all RAM products from 2010-2018, there have only been 7 complaints with matching keywords vs. 639 matching complaints for the Grand Cherokee. That makes the complaint rate for the Grand Cherokee roughly 200 times higher than for the non-class RAM.

**Figure 3**

| Vehicle | Model Year | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2010-2018 Total |
| C/V TRADESMAN | | | | | | 1 | | | | | | | 1 |
| CALIBER | | 1 | | 1 | | | | | | | | | 2 |
| CHALLENGER | | 1 | | | | | | | | | | | 1 |
| CHARGER | | | | | | | | 1 | | | | | 1 |
| CHEROKEE | | | | | | 2 | 2 | 1 | | 1 | | | 6 |
| COMMANDER | | | | | | | | | | | | | 0 |
| CROSSFIRE ROADSTER | | | | | | | | | | | | | 0 |
| DART | | | | | 1 | | 1 | | | | | | 2 |
| PACIFICA | | | | | | | | | 3 | 1 | 1 | 1 | 4 |
| PROMASTER | | | | | | | 1 | | | | | | 1 |
| RAM 1500 | | 2 | | 1 | 1 | 1 | | | | | | | 5 |
| RAM 2500 | | | 1 | | | | | 1 | | | | | 2 |
| RAM 3500 | | | | | | | | | | | | | 0 |
| STRATUS | | | | | | | | | | | | | 0 |
| WRANGLER | | | | 1 | | | 1 | 1 | 1 | | 2 | 2 | 6 |
| WRANGLER SAHARA | | | | | | | | | | | | | 0 |
| 200/Sebring/Avenger | | | 5 | 43 | 127 | 41 | | | | | | | 216 |
| Caravan/Grand Caravan/Town&Country | 1 | 3 | 3 | 10 | 83 | 117 | 117 | 17 | 4 | 3 | 6 | | 357 |
| Compass/Patriot | | 5 | 4 | 3 | 4 | 48 | 34 | 15 | 3 | | | | 116 |
| DURANGO | | | | 4 | 63 | 150 | 80 | 3 | 2 | 6 | 1 | | 308 |
| GRAND CHEROKEE | | | 6 | 8 | 46 | 328 | 231 | 6 | 7 | 7 | | | 639 |
| JOURNEY | | 18 | 2 | 5 | 56 | 37 | 83 | 19 | 10 | 3 | 1 | | 233 |
| LIBERTY | 1 | 1 | 4 | 20 | | | | | | | | | 25 |
| NITRO | | 3 | | | | | | | | | | | 3 |

The data in Figure 3 reflects counts of NHTSA records with the keywords (search words) listed earlier. However, as a check that the complaints for the class vehicles were for faulty head restraints, all the Grand Cherokee record comments were

CONFIDENTIAL

reviewed.  Of the 639 complaints for Grand Cherokee, 636 indicated faulty head restraints.

In addition to the NHTSA numbers, other sources indicate the head restraints are defective.



These were just a few typical phrases within the first 100 comments.

## OPINION 3:  DR. SODERBORG SUGGESTS THAT THE FAILURES ARE A MANUFACTURING PROBLEM LIMITED TO "SPIKE" PERIODS WHEN, IN FACT, THE FAILURE RATE IS SIGNIFICANTLY HIGHER FOR ALL CLASS VEHICLES (COMPARED TO NON-CLASS VEHICLES).

### Variation

There is variation in all manufacturing processes.  No two manufactured products are identical.

As an example, suppose a design engineer believes a molded plastic part edge thickness should be 7 mm.  Because it would be impossible to consistently produce parts with an exact 7 mm edge thickness (within a part and between parts), engineers put specification limits on important characteristics like thickness.  For example, an engineer might conclude that an edge thickness between 6.85 and 7.15 mm is sufficient for the part to perform satisfactorily.

During manufacturing, some plastic parts may run closer to the low end of the specification, some may run nearer the high end, and some may run in the middle.

As a result, the parts won't perform identically in the field (for that reason and numerous other factors).   However, *if* engineering was correct in setting the specifications (6.85 mm – 7.15 mm), the product should perform adequately in all applications.  Note that there will also be variation in the applications, since some environments or usages may be hotter, more humid, more stressful, etc. than others. Engineering should account for the various environments, so that products will perform effectively even in the harsher applications.  However, variation in failure times is anticipated—even for a fixed design.

Unfortunately, engineering sometimes errs in setting the specifications.   For example, maybe the edge thickness should have run from 7.18 mm – 7.26 mm.  That means a specification of 6.85 mm – 7.15 mm will be insufficient, and perhaps thinner edges may fail earlier (all other factors being equal).  In such a case, all parts are defective (not meeting the correct specification of 7.18 -7.26 mm), but the thinner parts might fail earlier than the still defective thicker parts.  However, even the thicker parts would be defective since they would fail to exceed the minimum 7.18 mm.

In the FCA case, the rates of failure of class vehicles far exceeds non-class vehicles, as was seen in both the replacement part data and the NHTSA data.  Furthermore, the deployment due to the defect manifests itself earlier in states such as Texas, California, Florida, and Arizona, which indicates that other factors (i.e. a warmer climate), and not the presence of a manufacturing defect, affect the propensity for premature deployment.   Indeed, even though some warmer states have higher deployment rates, *all* states have faulty head restraint deployments—and they occur in Canadian provinces as well.

A failure due to a common defect nearly always varies across models, model years, geography, etc. due to numerous factors.

**OPINION 4:  DR. SODERBORG RELIES ON INVALID FCA ANALYSES AND FAILS TO RECOGNIZE THE DEFECT AS A WEAR-OUT FAILURE MODE.**

In reliability analysis, this is indicative of a "wear-out" failure mode. It is analogous to aging, where a defect rate increases with use or age.

**Background on the Shape/Beta Parameter of the Weibull Distribution**

One of the parameters of the Weibull distribution is called the "Shape Parameter" (usually indicated by the Greek letter, β). The shape parameter has significance in that its value indicates whether the failure rate is decreasing over time (β < 1), constant (β = 1), or increasing with time (β > 1).

In fact, one reason the Weibull distribution is so popular is its flexibility in modeling all three types of failure rates.

When the failure times for a component are modeled with a Weibull distribution and β < 1, the failure rate decreases over time. This type of failure is commonly referred to as *infant mortality*. These types of failures tend to occur early in the product's life. Typical causes for infant mortality failures are manufacturing or assembly defects that affect some subset of the population (like missing components or bad solder joints)—and those units are subject to early failure as a result. A sad human analogy can be made to the higher risks that newborns face due to lack of sufficient immunities at a young age. The idea is, after the baby (or product) has survived for some period of time, it is *less likely* to fail in the future because it has survived the dangerous early period—and the weaker units (or babies) are no longer in the population (risk set).

When the failure times for a component are modeled with a Weibull distribution and β = 1, the failure rate is constant over time. The failure may be thought of as randomly occurring and is often due to external stresses that were not anticipated. For example, imagine you are driving in Michigan and run over a deep pothole. Your tire is likely to go flat, regardless of the age or condition of the tire. The constant failure rate is determined by the chance you will encounter gaping potholes as opposed to the tire being weak or old.

Finally, when the failure times for a component are modeled with a Weibull distribution and β > 1, the failure rate increases over time. This type of failure is referred to as a *wear-out* failure. The types of failures that fall into this category are wear, fatigue, corrosion, degradation, or any failure due to a mechanism that induces stresses with time/use/age.

The plot below illustrates how the Weibull shape parameter influences the failure rate over time.

**Figure 4**



Clearly the AHR failures caused by environmental stress cracking would be a *wear-out* type of failure, since time under stress is necessary for deterioration, eventually resulting in the cracking/breaking of plastic.





(2) The software used by FCA does not appear to be industry-standard reliability software.  I regularly perform reliability analysis and work with reliability professionals in large corporations in numerous industries, and I have never seen any software like the one used by FCA in its estimates.  It appears to be derived from "homegrown" code.  Common software packages used in the U.S. for reliability/warranty analysis include ReliaSoft's Weibull++, JMP, and Minitab.

(3) The software appears to assume Weibull distributions, despite the fact that there are numerous other distributions that describe time-to-failure data, such as the Lognormal, Loglogistic, Gumbel, Exponential, etc.  Nowhere do we see the analyst(s) fit other common models, despite other models commonly describing failure modes as well as or better than the Weibull.

Furthermore, FCA failed to follow a proper reliability/warranty analysis methodology (one was described earlier on pages 4 – 6).  There is no evaluation of which distribution(s) should be used, no goodness-of-fit metrics, no validation, and so on.

**OPINION 5:**

**FURTHERMORE, DR. SODERBORG FAILED TO CONSIDER SEVERAL DATA SOURCES OF DEFECTIVE ACTIVE HEAD RESTRAINTS (AHR).**



**OPINION 6:  DR. SODERBORG'S NARROW CONFIDENCE INTERVALS ARE AN ARTIFACT OF LARGE PRODUCTION VOLUMES (LARGE SAMPLE SIZES).  STATISTICIANS CAN ALWAYS SHOW GROUPS ARE DIFFERENT WHEN SAMPLE SIZES ARE LARGE.  FURTHERMORE, HIS COMPARISONS ARE NOT BASED UPON REPRESENTATIVE INADVERTENT AHR DEPLOYMENTS.**



All estimates have error, and confidence intervals help to account for errors.  So, for example, if one estimates that the percentage of U.S. voters that will vote Libertarian in the next election is 4% and the 95% confidence interval is (2%, 6%), we are 95% confident that the interval of 2% to 6% does contain the true percentage that will vote Libertarian.  There is a 5% chance that the interval does not trap or contain the true percentage.   However, the width of that interval depends heavily on the sample size—and it also assumes the sample is representative of the population—in this case, U.S. voters.

As an example related to this case, suppose class vehicle monthly sales are roughly 70,000.  Furthermore, suppose that for a production month, 70 claims came in during the warranty.   The percentage of claims for that production month would be 70/70,000 = 0.1%.  With a sample size of 70,000, the confidence interval for the estimate would be (0.078%, 0.126%), which is a narrow interval around 0.1%.

However, imagine the same percentage estimate (0.1%), but this time, a sample size of 1,000.  The 95% confidence interval would be (.002%, 0.556%)—making none of the production months different from each other, ██████████████████████

CONFIDENTIAL

**Figure 5**



DRAFT & CONFIDENTIAL

**OPINION 7: DR. SODERBORG TRIED TO PROVIDE ESTIMATES OF CLAIMS OCCURRING DURING THE RECENT WARRANTY EXTENSION (2020-2022) BUT FAILED TO CONSIDER THE TENS OF THOUSANDS OF VEHICLES WITH FAULTY AHR DEPLOYMENTS BETWEEN 36 MIS AND 2020.**

Allise Wachs, Ph.D.

CONFIDENTIAL

# Allise Wachs, Ph.D.
## Depositions/Testimony (2017 – present)


**Karen Sullivan v. Nutribullet, LLC, Case No.: 2:18-cv 04800 DDP.**
Hired as a statistician.  Deposed.


**Kourtni Nicole Beebe v. Nutribullet, LLC, Case No.: 2:17-cv 00828 DDP.**
Hired as a statistician.  Deposed.


**Won, Wesley et al. v. General Motors, Case No. 2:19-cv-11044, United States District Court, Eastern District of Michigan.**
Hired as a reliability/warranty and quality methods expert.  Deposed.


**Simmons v. Ford, Case No. 918CV81558., United States District Court, S.D. Florida**
Hired as a reliability/warranty and quality methods expert.  Deposed.


**Alger v. FCA US, Case No. 2:18-CV-00360, U.S. District Court, E.D. California**
Hired as a reliability/warranty and quality methods expert.  Deposed twice.


**Eubank v. Pella, Case No. 06 CV 4481, United States District Court, N.D. Illinois**
Hired as a reliability/warranty and quality methods expert.  Deposed.


**Falco v. Nissan, Case No. 2:13-cv-00686-DDP-MAN, U.S. District Court, C.D. California**
Hired as a reliability/warranty and test methods expert.  Deposed.


**State of Minnesota v. The Lazarus Project, OAH 68-1800-33278, State Of Minnesota Office Of Administrative Hearings For The Department Of Human Services**
Hired as a statistician on a medical audit case involving potential overpayment.  Testified.

CONFIDENTIAL