**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT W
# FILED UNDER SEAL