UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60432-CIV-SINGHAL

JASON NUWER, *et al.*,

     Plaintiffs,

v.

FCA US LLC f/k/a CHRYSLER
GROUP LLC,

     Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Joint Motion for Leave to Bring Electronic Equipment into the Courtroom for Trial (DE [285]). For the reasons discussed below, the motion is denied without prejudice.

Pursuant to Administrative Order 2018-79,  attorneys who are permitted to practice in the Southern District of Florida with a valid Florida Bar identification card or pro hac vice order who have business within the courthouse are permitted to bring electronic equipment, cell phones, laptop computers, etc., without a court order. But paralegals and other persons such as IT specialists are required to present the following to carry electronic equipment into the courthouse:

> A written request signed by a judge or other designated authority, forwarded to the United States Marshal for verification, allowing a specific person access to the courthouse with a specific electronic device for a specific purpose and period of time.

Administrative Order 2018-79 ¶ I.A. The parties' motion is deficient because it does not specifically identify the non-lawyers and electronic equipment they will be bringing to the courthouse.

Additionally, the parties are advised that projectors and screens are not required. The courtroom is equipped with monitors for the jury, the witness, counsel, the judge, and the gallery. Each party can connect their computers to the monitors from their counsel table and the courtroom is equipped with an Elmo. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion for Leave to Bring Electronic Equipment into the Courtroom for Trial (DE [285]) is **DENIED WITHOUT PREJUDICE** to renew as necessary to comply with Administrative Order 2018-79. Any renewed motion shall be filed no later than January 8, 2024.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 4th day of January 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF