UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60432-CIV-SINGHAL

JASON NUWER on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

FCA US LLC f/k/a CHRYSLER
GROUP LLC,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court *sua sponte.* The Jury Verdict (DE [363]) having been entered, it is hereby

**ORDERED** that the Clerk of Court is directed to **CLOSE** this case pending resolution of post-trial motions and Defendant's Rule 50(a) Motion for Judgment as a Matter of Law (DE [355]).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 31st day of January 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE