UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60432-CIV-SINGHAL

JASON NUWER,

   Plaintiff,

v.

FCA US LLC,

   Defendant.
_____/

# FINAL JUDGMENT

**THIS CAUSE** is before the Court following the jury verdict entered on January 30, 2024. (DE [363]). In accordance with the findings of the jury, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant FCA US LLC, and against Plaintiff, Jason Nuwer. Plaintiff shall take nothing by this action. Defendant shall go hence without day.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of July 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF